## United States District Court for the Northern District of Illinois

Case Number: 07cv6580

Assigned/Issued By:

Judge Name: Holderman

Designated Magistrate Judge: Nolan

### FEE INFORMATION

*Amount Due:* [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____

Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00

Receipt #: 234 8643

Date Payment Rec'd: 11/21/07

Fiscal Clerk: _____

### ISSUANCES

[✓] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
_____
_____
(Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
(Type of Writ)

1 Original and -0- copies on 11/21/07 as to def _____
(Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05