U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:
TERRENCE J. HANCOCK, et al.

v.
ROCK SOLID PAVING & EXCAVATING, INC., an Indiana corp.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TERRENCE J. HANCOCK, et al., Plaintiffs herein

| NAME (Type or print) |  |
| --- | --- |
| Catherine M. Chapman |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Catherine M. Chapman |  |
| FIRM |  |
| Baum Sigman Auerbach & Neuman, Ltd. |  |
| STREET ADDRESS |  |
| 200 W. Adams Street, Suite 2200 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL  60606-5231 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6204026 | 312/236-4316 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. ||
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ ||