22503

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

**07 C 6580**

TERRENCE J. HANCOCK, et al.

Docket Number: _____

Assigned Judge: _____

JUDGE HOLDERMAN
MAGISTRATE JUDGE NOLAN

Designated Magistrate Judge: _____

V.

ROCK SOLID PAVING & EXCAVATING, INC., an Indiana corporation

TO:  Rock Solid Paving & Excavating, Inc.
c/o Hugh Graham, Registered Agent
11101 W. 97th Lane
St. John, IN  46373

I hereby certify that I have served the within writ on the 3 day of DEC 20 07 by leaving a copy at 11101 W 97th Ln. St John, IN the dwelling place or usual place of abode of said defendant.
ROGELIO ROY DOMINGUEZ, SHERIFF
By _____ Deputy  12-3-07
Copy Mailed

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Catherine M. Chapman
Beverly P. Alfon
Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

Date

(by) Deputy Clerk

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**November 21, 2007**
Date

RECEIVED LAKE COUNTY SHERIFF 2007



Sheriff's Department
Civil Process Division

# Affidavit
## Of
## Out of State
## Service

State of __Illinois__  Cause Number __07 C 6580__

County of __Cook__

Plaintiff __TERRENCE J. HANCOCK__

VS.

Defendant __Rock Solid Paving & Excavating__

(State of Indiana

(County of Lake

Deputy Sheriff __Dan Bursac__, on oath, being duly sworn deposes and says: I am a citizen of the United States and the state of Indiana; above the age of twenty-one years, not a party of the entitled action, and in no way interested therein. That on the __3__ Day of __Dec__, 20__07__, in the city of __St John__, County of Lake and the State of Indiana, I served, in the above entitled cause, on the named Defendant __Rock Solid Paving & Excavating__ by delivering to and leaving with at (ADDRESS) __11101 W. 97th Ln. St John, IN__

PERSONALLY/AUTHORIZED AGENT    PLACE OF RESIDENCE    true copies and copies mailed
(address) __11101 W 97th Ln. St. John, IN.__

__[signature]__ Deputy Sheriff of Lake County, Indiana

Subscribed and sworn to and before me this __3__ Day of __December__ A.D. 20__07__

Notary Public: __Linda Caudillo__    My Commission Expires:

LINDA MARIE CAUDILLO
NOTARY PUBLIC STATE OF INDIANA
LAKE COUNTY
MY COMMISSION EXP. AUG. 17, 2008