IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 07 C 6580 |
| | ) | |
| ROCK SOLID PAVING & | ) | JUDGE JAMES F. HOLDERMAN |
| EXCAVATING, INC., an Indiana | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO:   Mr. Hugh Graham, Registered Agent          Mr. Hugh Graham, Registered Agent
      Rock Solid Paving & Excavating, Inc.       Rock Solid Paving & Excavating, Inc.
      11101 W. 97th Lane                          11003 Thiel Street
      St. John, IN  46373                         St. John, IN  46373

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with

Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to

the rights of Plaintiffs.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: balfon@baumsigman.com
I:\731exc\Rock Solid\2007\notice of dismissal.bpa.df.wpd

# **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 5th day of March 2008:

      Mr. Hugh Graham, Registered Agent
      Rock Solid Paving & Excavating, Inc.
      11101 W. 97th Lane
      St. John, IN   46373

      Mr. Hugh Graham, Registered Agent
      Rock Solid Paving & Excavating, Inc.
      11003 Thiel Street
      St. John, IN   46373

      /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\731exc\Rock Solid\2007\notice of dismissal.bpa.df.wpd