## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Terrence J Hancock, et al.

                   Plaintiff,

v.                                    Case No.: 1:07−cv−06580
                                            Honorable James F. Holderman

Rock Solid Paving & Excavating, Inc.

                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge James F. Holderman : This case is voluntarily dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(i). Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.